1 | Richard A. De Liberty (Cal. Bar No. 203754)
  | Attorney at Law
2 | 3554 Round Barn Boulevard, Suite 204
  | Santa Rosa, California 95403
3 | tel.: (707) 237-2709
  | fax: (707) 676-9006
4 | e-mail: richard@deliberty.net

5 | Attorney for Plaintiff

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

11 | VICTORIA RYAN,                          No. C 06-04812 PVT

12 |                    Plaintiff,           **STIPULATION AND PROPOSED ORDER
                                             TO RE-SCHEDULE CASE MANAGEMENT
13 | v.                                      CONFERENCE AND HEARING ON
                                             SPECIAL MOTION TO STRIKE**
14 | EDITIONS LIMITED WEST, INC., et al.

15 |                    Defendants.

On November 6, 2006, the Court continued the upcoming Case Management Conference to November 21, 2006, and continued the hearing on Plaintiff's Special Motion to Strike to December 12, 2006. The parties were invited file a stipulation and proposed order to continue the Case Management Conference to the date of the hearing on the Special Motion to Strike.

Counsel for Plaintiff is unavailable on December 12, 2006, because of a JAMS arbitration in Walnut Creek, California, which begins December 12. Plaintiff's counsel is also unavailable January 16, 2007, when a possible second phase of the same arbitration begins. Counsel are informed that Hon. Patricia V. Trumbull will be unavailable December 19 and 26. The parties are therefore asking the Court to re-schedule the hearing to December 5 or, if not, January 2, 9, or 23, 2007.

The parties are also asking the court to continue the Case Management Conference to the date of the hearing, whenever that may be. The parties want to minimize trips by their counsel from their offices in Santa Rosa and Beverly Hills, California, to the San Jose Federal Courthouse. In addition, Plaintiff is

STIPULATION & ORDER TO RE-SCHEDULE C.M.C. AND HEARING—C 06-04812 PVT

in discussions to dismiss her claims against Defendant Barbara Vollmer. If the conference is continued, Ms. Vollmer's status should be resolved before the Joint Case Management Conference Statement needs to be filed. Ms. Vollmer is the one party who has not yet appeared or been dismissed.

With reference to the foregoing,

IT IS STIPULATED by the undersigned counsel for the parties that:

1. The hearing on Plaintiff's Special Motion to Strike is re-scheduled to December 5, 2006;

2. The Case Management Conference is continued to 2:00 p.m. on December 5, 2006;

3. The Joint Case Management Conference Statement is due November 21, 2006; and

4. Except as otherwise ordered pursuant to this Stipulation, the parties shall comply with the Court's order dated November 6, 2006.

DATED: November 14, 2006

/s/ Richard A. De Liberty
Richard A. De Liberty
Attorney for Plaintiff

DATED: 11-14-06

ISAACMAN, KAUFMAN & PAINTER, P.C.

Robert W. Woods
Attorneys for Defendants
Editions Limited West, Inc., and ArtSelect, Inc.

**ORDER**

Pursuant to the foregoing Stipulation,

IT IS SO ORDERED.

DATED: November 15, 2006

Patricia V. Trumbull
United States Magistrate Judge

—2—

STIPULATION & ORDER TO RE-SCHEDULE C.M.C. AND HEARING—C 06-04812 PVT