UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTORIA RYAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDITIONS LIMITED WEST, INC. ET AL,<br><br>　　　　　Defendants. | Case No.: C- 06-4812   PVT<br><br>**ORDER RE BRIEFING RE REQUEST FOR VOLUNTARY DISMISSAL OF COUNTERCLAIM WITHOUT PREJUDICE** |

On December 27, 2006, Editions Limited West, Inc. filed a request for voluntary dismissal of its counterclaim without prejudice.[1]  Accordingly,

IT IS HEREBY ORDERED that Plaintiff shall file her opposition, if any, no later than January 10, 2007.

Dated: January 4, 2007

　　　　　　　　　　　　　　　　　　　　*Patricia V. Trumbull*
　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*