ROBERT W. WOODS, State Bar No. 89896
ISAACMAN, KAUFMAN & PAINTER, P.C.
8484 Wilshire Blvd., Suite 850
Beverly Hills, CA 90211
Tel. 323.782.7700
Fax 323.782.7744
email woods@ikplaw.com

Attorneys for Defendant Editions Limited West, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTORIA RYAN,                                   )   CASE NO. C06-04812 PVT
                                                 )
              Plaintiff,                          )   [PROPOSED] ORDER FOR CONTINUANCE
                                                 )   OF MEDIATION COMPLETION DATE
       vs.                                        )
                                                 )
EDITIONS LIMITED WEST, INC., a California        )
corporation, ENVIRONMENTAL GRAPHICS,             )
INC., a Minnesota corporation, MURALS YOUR       )
WAY, a business organization of unknown form,    )
LIEBERMAN'S GALLERY, LLP, a                       )
Massachusetts limited liability partnership,     )
ARTSELECT, INC., a Delaware corporation,         )
CHOOSE ART, a business organization of           )
unknown form, BARBARA VOLLMER, doing             )
business as Wine Country Images, and DOE ONE     )
through DOE FIFTY,                                )
                                                 )
              Defendants.                         )
_____  )

The court has received the Stipulation fo the parties for continuance of the

mediation completion date, and good cause appearing,

1        IT IS HEREBY ORDERED that the mediation in this case shall be completed on or

2    before March 23, 2007.

3

4    Dated: _____.

           February 2, 2007

5                                           PATRICIA V. TRUMBULL

6                                           U.S. DISTRICT COURT MAGISTRATE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28