UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTORIA RYAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDITIONS LIMITED WEST, INC. ET AL,<br><br>　　　　Defendants. | Case No.: C- 06-4812   PVT<br><br>**ORDER RE BRIEFING ON MOTION TO MODIFY CASE MANAGEMENT ORDER** |

On June 22, 2007, Plaintiff Victoria Ryan filed a Motion to Modify Case Management Order.[1] On July 6, 2007, the parties filed a stipulation "that the Court may advance the hearing" of the motion to modify. In light of the approaching Trial date, the court accepts the parties' invitation to advance the hearing date. Accordingly,

IT IS HEREBY ORDERED that:

　　1.　Defendants' Opposition shall be filed no later than 2:00 pm on July 9, 2007, and

　　2.　The hearing for the Motion shall be at 2:00 p.m. on July 10, 2007.

Dated: July  6 , 2007

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*