ROBERT W. WOODS, State Bar No. 89896
ISAACMAN, KAUFMAN & PAINTER, P.C.
8484 Wilshire Blvd., Suite 850
Beverly Hills, CA 90211
Tel. 323.782.7700
Fax 323.782.7744
email woods@ikplaw.com

Attorneys for Defendant Editions Limited West, Inc.
and ArtSelect, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA RYAN,<br><br>  Plaintiff,<br><br>vs.<br><br>EDITIONS LIMITED WEST, INC., et al.<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. C06-04812 PVT<br>ORDER ON<br>STIPULATION FOR EXTENSION OF FACT DISCOVERY CUTOFF DATE |

Pursuant to the modified Case Management Order entered on July 11, 2007, the fact discovery cutoff date was set for August 3, 2007. Due to the defendants having discovered additional documents, which were produced to plaintiff during the week of July 30, 2007, as well as additional documents which will soon be produced to plaintiff, the parties have agreed that the fact discovery cutoff date should be extended to September 7, 2007.

In view of the foregoing, the parties hereby,

STIPULATE that the Court may modify the Case Management Order to extend the fact discovery cutoff from August 3, 2007, to September 7, 2007.

Dated: August 9, 2007

ISAACMAN, KAUFMAN & PAINTER, P.C.
A Professional Corporation

By: _____
Robert W. Woods
Attorneys for Defendants Editions Limited West, Inc. and ArtSelect, Inc.

Dated: August ___, 2007

Richard A. De Liberty
_____
Richard A. De Liberty
Attorney for Plaintiff Victoria Ryan

### ORDER

Pursuant to the foregoing Stipulation of the parties, IT IS HEREBY ORDERED that the fact discovery cutoff is extended from August 3, 2007, to September 7, 2007.

Dated: August 10, 2007

_____
PATRICIA V. TRUMBULL
U.S. MAGISTRATE JUDGE