UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| VICTORIA RYAN, | ) | Case No.: C- 06-4812   PVT |
| Plaintiff, | )<br>)<br>) | **ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | ) | |
| EDITIONS LIMITED WEST, INC. ET AL, | )<br>)<br>) | |
| Defendants. | ) | |

Defendants have filed a Motion for Partial Summary Judgment. The motion is currently set for hearing on October 16, 2007. For the convenience of the Court, It Is Hereby Ordered that:

1. Defendants' Motion for Partial Summary Judgment shall be heard at 10:00 a.m. on October 30, 2007; and

2. The deadline for filing an Opposition brief remains September 25, 2007 and the deadline for filing a Reply brief remains October 2, 2007.

IT IS SO ORDERED

Dated: September 21, 2007

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge