Richard A. De Liberty (Cal. Bar No. 203754)
Attorney at Law
3554 Round Barn Boulevard, Suite 204
Santa Rosa, California 95403
tel.: (707) 237-2709
fax: (707) 676-9006
e-mail: richard@deliberty.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTORIA RYAN, | No. C 06-04812 PVT |
| Plaintiff, | **STIPULATION TO CHANGE BREIFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | AND ORDER ON STIPULATION |
| EDITIONS LIMITED WEST, INC., et al. | |
| Defendants. | |

    Defendant's motion for summary judgment dated September 10, 2007, was noticed for hearing on October 16, 2007, at 10:00 a.m. On September 21, counsel for all parties agreed to a stipulation to change the hearing date from October 16 to October 23 because counsel for Plaintiff (1) had a conflicting hearing scheduled for October 16 in the United States Bankruptcy Court and (2) had been notified on the afternoon of September 21 of an ex parte motion to quash a writ of attachment scheduled for hearing on September 25—the date that Plaintiff's opposition to the summary judgment would otherwise have been due. At 4:44 p.m. that day, Defendants' counsel e-mailed a signed copy of the stipulation to Plaintiff's counsel to be filed. Eleven minutes later, at 4:55 p.m., the parties were e-mailed notice of the Court's order continuing the hearing on the motion for summary judgment to ~~September~~ October 30, but stating that the deadlines to file opposition and reply briefs would remain the same.

    With reference to the foregoing,

STIPULATION TO CHANGE BRIEFING SCHEDULE—C 06-04812 PVT

IT IS STIPULATED that the deadline for Plaintiff's opposition to the motion for summary judgment will be October 9, 2007, and the deadline for Defendants' reply will be October 16, 2007.

DATED: September 21, 2007

/s/ Richard A. De Liberty
Richard A. De Liberty
Attorney for Plaintiff

DATED: 9/24/07

ISAACMAN, KAUFMAN & PAINTER, P.C.

Robert W. Woods
Attorneys for Defendants
Editions Limited West, Inc., and ArtSelect, Inc.

### ORDER

Pursuant to the foregoing Stipulation,

IT IS SO ORDERED.   It is Further Ordered, that no further extensions will be granted.

DATED: September 26, 2007

United States Magistrate Judge
PATRICIA V. TRUMBULL

— 2 —

STIPULATION TO CHANGE BRIEFING SCHEDULE—C 06-04812 PVT