FILED
NOV 0 8 2007
CLERK
NORTHERN...

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTORIA RYAN,

        Plaintiff,

v.

EDITIONS LIMITED WEST, INC. ET AL,

        Defendants.

No. C-06-4812 PVT

ORDER TO PRODUCE TRANSCRIPT
(Electronically Recorded Proceeding)

On October 30, 2007 a hearing was held in the above-entitled action. Production of a transcript of that hearing for the court is necessary for the resolution of this matter.

Accordingly, the Clerk shall arrange to have prepared a transcript of this proceeding on the following basis:

    ( ) Ordinary (within 30 days @ $3.65 per page).

    ( ) 14-Day (within 14 days @ $4.25 per page).

    (X) Expedited (within 7 days @ $4.85 per page).

    ( ) Daily (overnight @ $6.05 per page).

Therefore, the Clerk is directed to pay a transcriber the cost of preparing the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

**IT IS SO ORDERED.**

Dated: November 8, 2007

Patricia V. Trumbull
United States Magistrate Judge

cc: Court Reporter Supervisor and Transcriber