|     |     |     |
| --- | --- | --- |
| 1   |     |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| VICTORIA RYAN, | ) | Case No.: C- 06-4812   PVT |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER PROVIDING TENTATIVE RULING AND CONTINUING PRE-TRIAL CONFERENCE** |
| v. | ) | |
| EDITIONS LIMITED WEST, INC. ET AL, | ) | |
| Defendants. | ) | |

On October 30, 2007, the court heard Defendants' Motion for Partial Summary Judgment. The Court is in the process of finalizing the Order resolving this motion. In order to conserve effort, the parties are informed that the Court is leaning heavily toward granting Defendants' Motion for partial summary judgment. Accordingly, the parties should focus their pre-trial efforts on the copyright infringement claim, for which damages will likely be established at $1.72.

The Pre-Trial Conference in this case is currently scheduled for December 11, 2007. Pursuant to Judge Trumbull's Standing Order, Trial Briefs, Motions in Limine, proposed Voir Dire Questions, Proposed Form of Verdict, and a Joint Pre-Trial Statement are due ten court days prior to Pre-Trial Conference, on November 27, 2007. Because Defendants' Motion for Partial Summary Judgment is still under submission, It Is Hereby Ordered that:

1.   The Pre-Trial Conference is continued to December 18, 2007, making all pre-trial submission due December 4, 2007; and

2.   The Trial Date remains January 15, 2008.

IT IS SO ORDERED.

Dated: November 20, 2007

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge