Richard A. De Liberty (Cal. Bar No. 203754)
Attorney at Law
3554 Round Barn Boulevard, Suite 204
Santa Rosa, California 95403
tel.: (707) 237-2709
fax: (707) 676-9006
e-mail: richard@deliberty.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

VICTORIA RYAN,

                    Plaintiff,

v.

EDITIONS LIMITED WEST, INC., et al.

                    Defendants.

No. C 06-04812 PVT

**STIPULATION AND [XXXXXXXXX] ORDER TO CLARIFY ADR REQUIREMENTS**

     On November 29, 2006, the Court ordered the parties to participate in mediation through the Court's Alternative Dispute Resolution Program (ADR Program). As of July 10, 2007, the parties had not yet completed mediation, and the Court ordered the parties to participate in a settlement conference before the Honorable Richard Seeborg, United States Magistrate Judge. The parties completed that settlement conference on August 7, 2007.

     On March 3, 2008, a telephone conference was held between Robin W. Siefkin, a staff attorney with the ADR Program, and counsel for Plaintiff. Ms. Siefkin indicated that this action is still listed with the ADR Program as being ordered to mediation, and requested clarification that the Court, by its July 10 order, intended for the parties to participate in the settlement conference instead of mediation, rather than in addition to mediation. That is the understanding of all of the parties: the Court is no longer requiring the parties to participate in mediation through the ADR Program.

1    In addition, on December 27, 2007, the Court ordered the parties to participate in a further

2    settlement conference before Magistrate Judge Seeborg by January 31, 2008. The parties' reported to the

3    Court that a settlement conference could not be scheduled before January 31. A case management

4    conference was held on January 22, 2008, during which the parties reported to the Court that they did

5    not believe a further settlement conference would be productive given the current posture of the case. It

6    was the understanding of the parties that the Court is no longer requiring the parties to participate in a

7    settlement conference before Judge Seeborg, or in any other ADR option.

8    With reference to the foregoing,

9    IT IS STIPULATED by the undersigned counsel for the parties that: the parties are not required

10    to complete mediation through the ADR Program, a settlement conference before Judge Seeborg, or any

11    other ADR option. Any current order requiring the parties to participate in any ADR option is vacated.

12    DATED: March 3, 2008

13

14                                              /s/ Richard A. De Liberty
                                                Richard A. De Liberty
15                                              Attorney for Plaintiff

16

17    DATED: March _, 2008

18                                              ISAACMAN, KAUFMAN & PAINTER, P.C.

19

20                                              Robert W. Woods
                                                Attorneys for Defendants
21                                              Editions Limited West, Inc., and ArtSelect, Inc.

22

                                                **ORDER**
23

    Pursuant to the foregoing Stipulation,
24

    IT IS SO ORDERED.
25

    DATED:
26

27

28                                              United States Magistrate Judge

– 2 –

1      In addition, on December 27, 2007, the Court ordered the parties to participate in a further

2 settlement conference before Magistrate Judge Seeborg by January 31, 2008. The parties' reported to the

3 Court that a settlement conference could not be scheduled before January 31. A case management

4 conference was held on January 22, 2008, during which the parties reported to the Court that they did

5 not believe a further settlement conference would be productive given the current posture of the case. It

6 was the understanding of the parties that the Court is no longer requiring the parties to participate in a

7 settlement conference before Judge Seeborg, or in any other ADR option.

8      With reference to the foregoing,

9      IT IS STIPULATED by the undersigned counsel for the parties that: the parties are not required

10 to complete mediation through the ADR Program, a settlement conference before Judge Seeborg, or any

11 other ADR option. Any current order requiring the parties to participate in any ADR option is vacated.

12 DATED: March 3, 2008

13

14                          /s/ Richard A. De Liberty

15                          Richard A. De Liberty
                         Attorney for Plaintiff

16

17 DATED: March ⌿, 2008

18                          ISAACMAN, KAUFMAN & PAINTER, P.C.

19

20                          Robert W. Woods

21                          Attorneys for Defendants
                         Editions Limited West, Inc., and ArtSelect, Inc.

22

23                            **ORDER**

24      Pursuant to the foregoing Stipulation,

25      IT IS SO ORDERED.

26 DATED:    March 6, 2008

27                          Patricia V. Trumbull

28                          United States Magistrate Judge

– 2 –

STIPULATION & ORDER TO CLARIFY ADR REQUIREMENTS—C 06-04812 PVT