|   |   |
|---|---|
| VICTORIA RYAN, | Case No.: C 06-04812 PVT |
| Plaintiffs, | **ORDER VACATING HEARING DATE FOR PLAINTIFF VICTORIA RYAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| EDITIONS LIMITED WEST, INC., et al., | |
| Defendants. | **[Docket No. 113]** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Plaintiff Victoria Ryan's motion for partial summary judgment is currently set for hearing on April 1, 2008. The court finds that this motion is suitable for adjudication on the papers. *See* Civ. L.R. 7-1(b). Accordingly,

IT IS HEREBY ORDERED that the April 1, 2008 hearing date is VACATED and the motion shall be adjudicated on the papers submitted.

IT IS SO ORDERED.

Dated: *March 25, 2008*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*