ROBERT W. WOODS, State Bar No. 89896
ISAACMAN, KAUFMAN & PAINTER, P.C.
8484 Wilshire Blvd., Suite 850
Beverly Hills, CA 90211
Tel. 323.782.7700
Fax 323.782.7744
email woods@ikplaw.com

Attorneys for Defendant Editions Limited West, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA RYAN, | CASE NO. C06-04812 PVT |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR ATTORNEY'S FEES |
| vs. | |
| EDITIONS LIMITED WEST, INC., et al. | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

On March 25, 2008, the Court entered its Order continuing the hearing on defendants' motion for attorney's fees from April 1, 2008, to June 3, 2008. Robert W. Woods, counsel for defendants, has a previously scheduled arbitration in Los Angeles, California, commencing June 3, 2008, and scheduled to continue until June 9, 2008, and he therefore seeks to reset the hearing on the motion for attorney's fees.

In view of the foregoing, the parties hereby,

STIPULATE that the Court may continue the hearing of defendants' motion for attorney's fees

1 from June 3, 2008, to June 24, 2008, at 10:00 a.m. in courtroom #5, 4th floor of the U.S. Courthouse, 280
2 South First Street, San Jose, California.

4 Dated: ~~April~~ Mar 31, 2008       ISAACMAN, KAUFMAN & PAINTER, P.C.
                                      A Professional Corporation

                                      By: /s/
                                      Robert W. Woods
                                      Attorneys for Defendants Editions Limited
                                      West, Inc. and ArtSelect, Inc.

11 Dated: ~~April~~ March 31, 2008    /s/
                                      Richard A. De Liberty
                                      Attorney for Plaintiff Victoria Ryan

ORDER

Pursuant to the foregoing Stipulation,

IT IS SO ORDERED.

Dated: April 1, 2008                  /s/ Patricia V. Trumbull
                                      PATRICIA V. TRUMBULL
                                      U.S. MAGISTRATE JUDGE