Richard A. De Liberty (Cal. Bar No. 203754)
Attorney at Law
3554 Round Barn Boulevard, Suite 204
Santa Rosa, California 95403
tel.: (707) 237-2709
fax: (707) 676-9006
e-mail: richard@deliberty.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTORIA RYAN, | No. C 06-04812 PVT |
| Plaintiff, | Hearing: December 2, 2008, 10:00 a.m. (Revised) |
| v. | **STIPULATION TO CHANGE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| EDITIONS LIMITED WEST, INC., et al. | |
| Defendants. | |

Defendant's motion for summary judgment dated October 15, 2008, was noticed for hearing on Tuesday, November 25, 2008, at 10:00 a.m. Counsel for Plaintiff has conflicting travel plans.

With reference to the foregoing,

IT IS STIPULATED that the hearing on Defendants' motion for summary judgment be re-scheduled to Tuesday, December 2, 2008.

DATED: October 15, 2008

                                      /s/ Richard A. De Liberty
                                      Richard A. De Liberty
                                      Attorney for Plaintiff

1 DATED: October 15, 2008

2                                                   ISAACMAN, KAUFMAN & PAINTER, P.C.

4                                                   /Michael A. Painter/
                                                  Michael A. Painter
                                                  Attorneys for Defendants
5                                                   Editions Limited West, Inc., and ArtSelect, Inc.

8                                                       **<u>ORDER</u>**

9       Pursuant to the foregoing Stipulation,

10         IT IS SO ORDERED.

11 DATED:   October 22, 2008

13                                                   */Patricia V. Trumbull/*
14                                                   United States Magistrate Judge

– 2 –

STIPULATION TO CHANGE HEARING DATE—C 06-04812 PVT

1 **SIGNATURE ATTESTATION**

2  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

3  "conformed" signature (/S/) within this efiled document.

4  DATED: October 21, 2008

6  /s/ Richard A. De Liberty
   Richard A. De Liberty
7  Attorney for Plaintiff

– 3 –

STIPULATION TO CHANGE HEARING DATE—C 06-04812 PVT