UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTORIA RYAN,<br><br>        Plaintiff,<br><br>    v.<br><br>EDITIONS LIMITED WEST, INC., ET AL.,<br><br>        Defendants.<br>_____ | Case No.: C 06-04812 PVT<br><br>**ORDER GRANTING AS UNOPPOSED DEFENDANT EDITIONS LIMITED WEST, INC.'S MOTION FOR AWARD OF ATTORNEYS' FEES** |

Following entry of a judgment in its favor and pursuant to a prevailing party clause in an agreement between the parties, defendants Editions Limited West, Inc. moves for an award of attorneys' fees. ("Editions Limited"). Defendant Editions Limited noticed a hearing on its motion for July 28, 2009. Pursuant to Civ. L.R. 7-3, "[a]ny opposition to a motion must be served and filed not less than 21 days before the hearing date." Any opposition to the motion was due no later than July 7, 2009. To date, plaintiff Victoria Ryan has not filed an opposition.

Having reviewed the papers (including the legal invoices in support thereof) and considered the arguments of counsel, the court finds that defendant Editions Limited has met its burden and shown that the hours worked were reasonable and that the requested rates are in line with those prevailing in the community. The court further finds that counsel has made a good faith effort to exclude certain fees, including time spent prior to the filing of the complaint, time spent representing co-defendant ArtSelect, Inc., time spent on reports between counsel, and time spent on the pending

motion. Accordingly, defendant Editions Limited's motion for award of attorneys' fees is granted as unopposed and is awarded $126,972.50 in attorneys' fees.[1]

IT IS SO ORDERED.

Dated: July 13, 2009

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and particular circumstances underlying the present motion.