Richard A. De Liberty (Cal. Bar No. 203754)
Attorney at Law
3554 Round Barn Boulevard, Suite 204
Santa Rosa, California 95403
tel.: (707) 237-2709
fax: (707) 676-9006
e-mail: richard@deliberty.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTORIA RYAN, <br><br> Plaintiff, <br><br> v. <br><br> EDITIONS LIMITED WEST, INC., et al. <br><br> Defendants. | No. C 06-04812 PVT <br><br> **STIPULATION FOR STAY PENDING MOTION FOR RELIEF FROM ORDER;** XXXXXXXXXX [XX] ORDER |

Plaintiff, Victoria Ryan, and Defendant Editions Limited West, Inc., ("Editions Limited") HEREBY STIPULATE to an order staying any execution on or proceedings to enforce any judgment or order in this action, including the Court's July 13, 2009, order granting the motion by Editions Limited for an award of attorney's fees, pending the Court's decision on Ms. Ryan's motion for relief from that order, which is currently scheduled for hearing on Tuesday, August 25, 2009. If the Court denies Ms. Ryan's motion for relief, the stay shall remain in place for 10 days following entry of the order denying the motion.

DATED: July 16, 2009

/s/ Richard A. De Liberty
Richard A. De Liberty
Attorney for Plaintiff

STIPULATION FOR STAY PENDING MOTION FOR RELIEF FROM ORDER—C 06-04812 PVT

1  DATED:

2                                          ISAACMAN, KAUFMAN & PAINTER, P.C.

4                                          Michael A. Painter
                                        Attorneys for Defendants
5                                          Editions Limited West, Inc., and ArtSelect, Inc.

8                                        **<u>ORDER</u>**

9      Pursuant to the foregoing Stipulation,

10      IT IS SO ORDERED.

11  DATED:

13                                            United States Magistrate Judge

– 2 –

STIPULATION FOR STAY PENDING MOTION FOR RELIEF FROM ORDER—C 06-04812 PVT

DATED: 7/17/09

ISAACMAN, KAUFMAN & PAINTER, P.C.

_____
Michael A. Painter
Attorneys for Defendants
Editions Limited West, Inc., and ArtSelect, Inc.

## ORDER

Pursuant to the foregoing Stipulation,

IT IS SO ORDERED.

DATED:  July 17, 2009

_Patricia V. Trumbull_
United States Magistrate Judge

– 2 –