UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTORIA RYAN,<br><br>               Plaintiff,<br>    v.<br><br>EDITIONS LIMITED WEST, INC., ET AL.,<br><br>               Defendants. | Case No.: C 06-04812 PSG<br><br>**FURTHER SCHEDULING ORDER** |

On May 10, 2011, the parties appeared for a status conference. Based on the discussions held at the status conference,

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

Fact and Expert Discovery Cut-off..................................................................August 31, 2011

Last Day for Dispositive Motion Hearing.....................................10AM on September 6, 2011

Final Pre-Trial Conference.................................................................2PM on October 11, 2011

Trial..............................................................................................9:30AM on October 31, 2011

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[1] with regard to the timing and content of the Joint

---

[1] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's

ORDER, *page 1*

Pretrial Statement, and all other pretrial submissions.

Dated:     May 10, 2011

PAUL S. GREWAL
United States Magistrate Judge

---

Civil Standing Order."

ORDER, *page 2*