1 MICHAEL A. PAINTER, State Bar No. 43600
ISAACMAN, KAUFMAN & PAINTER, P.C.
2 10250 Constellation Boulevard, Suite 2900
Los Angeles, California 90067
3 Telephone: 310.881-6800
Facsimile: 310.881-6801
4 painter@ikplaw.com

5 Attorneys for Editions Limited West, Inc.
and ArtSelect, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTORIA RYAN, | CASE NO. C06-04812 PSG |
| Plaintiff, | |
| vs. | ORDER CONTINUING DISCOVERY CUT-OFF DATE, LAST DAY FOR DISPOSITIVE MOTION HEARING, FINAL PRETRIAL CONFERENCE AND TRIAL |
| EDITIONS LIMITED WEST, INC., etc., et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the dates for Discovery Cut-off, Last Day for Dispositive Motion Hearing, Final Pre-Trial Conference and Trial as set forth in the Further Scheduling Order dated May 10, 2011 (Document 192) be continued for 60 days as follows:

| | |
|---|---|
| Fact and Expert Discovery Cut-Off | November 9, 2011 |
| Last Day for Dispositive Motion Hearing | November 15, 2011 |

MAP-ELW-2693
STIP. EXTENDING DATES                                    Case No. C06-04812 PSG

| | | |
|---|---|---|
| | Final Pre-Trial Conference | December 20, 2011 |
| | Trial | January 9, 2012 |

Dated:  August 19, 2011

_____
UNITED STATES DISTRICT COURT

MAP-ELW-2693
STIP. EXTENDING DATES                                               Case No. C06-04812 PSG