MICHAEL A. PAINTER, State Bar No. 43600
ISAACMAN, KAUFMAN & PAINTER, P.C.
10250 Constellation Boulevard, Suite 2900
Los Angeles, California 90067
Telephone: 310.881-6800
Facsimile: 310.881-6801
painter@ikplaw.com

Attorneys for Editions Limited West, Inc.
and ArtSelect, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTORIA RYAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EDITIONS LIMITED WEST, INC., etc., et al.,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. C06-04812 PSG<br><br>--------------------- ORDER CONTINUING DISCOVERY CUT-OFF DATE, LAST DAY FOR DISPOSITIVE MOTION HEARING, FINAL PRETRIAL CONFERENCE AND TRIAL |

　　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the dates for Discovery Cut-off, Last Day for Dispositive Motion Hearing, Final Pre-Trial Conference and Trial as set forth in the Further Scheduling Order dated May 10, 2011 (Document 192) be continued for 60 days as follows:

　　　Fact and Expert Discovery Cut-Off　　　　　　　November 9, 2011

　　　Last Day for Dispositive Motion Hearing　　　　　November 15, 2011

MAP-ELW-2693

STIP. EXTENDING DATES　　　　　　　　　　　　　　　　　　　　　Case No. C06-04812 PSG

| | |
|---|---|
| Final Pre-Trial Conference | December 20, 2011 |
| Trial | January 9, 2012 |

Dated: August 19, 2011

_____
UNITED STATES DISTRICT COURT

MAP-ELW-2693
STIP. EXTENDING DATES                                   Case No. C06-04812 PSG