Richard A. De Liberty (Cal. Bar No. 203754)
Attorney at Law
3554 Round Barn Boulevard, Suite 204
Santa Rosa, California 95403
tel.: (707) 237-2709
fax: (707) 676-9006
e-mail: richard@deliberty.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTORIA RYAN,<br><br>                    Plaintiff,<br><br>v.<br><br>EDITIONS LIMITED WEST, INC., et al.<br><br>                    Defendants. | No. C 06-04812 PVT<br>ORDER DENYING<br>**STIPULATION ~~AND PROPOSED ORDER~~**<br>**TO CONTINUE PRE-TRIAL CONFERENCE**<br>**AND TRIAL**<br>ORDER RESETTING PRE-TRIAL<br>CONFERENCE |

On August 15, 2011, the parties stipulated at the request of Defendant's counsel to continue the discovery and dispositive motions cut-offs, pre-trial conference, and trial date. (ECF No. 194.) On August 19 the Court entered an order on the stipulation, setting trial for January 9, 2012.

Plaintiff's counsel is part of a team that is preparing for trial set to begin on January 17 in a patent license dispute. Because of the trial in this case, Plaintiff's counsel had declined the opportunity to participate in the patent trial itself. Nonetheless, Plaintiff's counsel is currently finalizing a fact-intensive and legally-complex opposition to summary judgment due on December 2 in the patent case, and has other pre-trial responsibilities that cannot cost-effectively be shifted to other lawyers on the team.

Under the current schedule, the first round of pretrial submissions in this case are due December 6. Plaintiff's counsel reached out a couple of weeks ago to arrange a conference to work on the joint pretrial statement, but the parties have not yet been successful in coordinating that conference.

1     Defendant's counsel has a trademark infringement case that is going to trial in Miami, Florida, with a pre-trial conference on March 12 and scheduled to commence on March 26.

    With reference to the foregoing,

    IT IS STIPULATED by the undersigned counsel for the parties that:

    1.    The Final Pre-Trial Conference is continued to April 3, 2012.

    2.    Trial is continued to May 7, 2012.

DATED: November 30, 2011

/s/ Richard A. De Liberty
Richard A. De Liberty
Attorney for Plaintiff

DATED:  November 30, 2011

ISAACMAN, KAUFMAN & PAINTER, P.C.

/s per certification/
Michael Painter
Attorneys for Defendant
Editions Limited West, Inc.

**ORDER**

Pursuant to the foregoing Stipulation,

IT IS SO ORDERED.

DATED:

United States Magistrate Judge

```
The request for a continuance of the final pre-trial conference and
trial is DENIED.  The final pre-trial conference is reset to
December 16, 2011 at 2PM.  The trial is scheduled to begin on
January 9, 2012 at 9:30AM.  This case is over five years old.  It
needs to be tried or otherwise resolved.
Dated: December 1, 2011
```
*[signature: Paul S. Grewal]*

– 2 –

STIPULATION & ORDER TO RE-SCHEDULE C.M.C. AND HEARING—C 06-04812 PVT

– 3 –

**SIGNATURE CERTIFICATION**

I attest that Michael A. Painter of Isaacman, Kaufman & Painter, P.C., attorneys for the defendants, provided me his concurrence in the filing of this stipulation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: November 30, 2011

/s/ Richard A. De Liberty
Richard A. De Liberty