1  MICHAEL A. PAINTER, State Bar No. 43600
   ISAACMAN, KAUFMAN & PAINTER, P.C.
2  10250 Constellation Boulevard, Suite 2900
   Los Angeles, California 90067
3  Telephone: 310.881-6800
   Facsimile: 310.881-6801
4  painter@ikplaw.com

5  Attorneys for Editions Limited West, Inc.
   and ArtSelect, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTORIA RYAN, | CASE NO. C06-04812 PSG |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER CONTINUING HEARING DATE FOR LEAVE TO AMEND COMPLAINT |
| EDITIONS LIMITED WEST, INC., etc., et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the hearing date for plaintiff's Motion for Leave to Amend the Complaint is continued until March 6, 2012 at 10:00 A.M.

Dated: 1/26/2012

Paul S. Grewal
UNITED STATES DISTRICT COURT

MAP-ELW-2714
ORDER CONTINUING HEARING DATE                    Case No. C06-04812 PSG