MICHAEL A. PAINTER, State Bar No. 43600
ISAACMAN, KAUFMAN & PAINTER, P.C.
10250 Constellation Boulevard, Suite 2900
Los Angeles, California 90067
Telephone: 310.881-6800
Facsimile: 310.881-6801
painter@ikplaw.com

Attorneys for Editions Limited West, Inc.
and ArtSelect, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTORIA RYAN, <br><br> Plaintiff, <br><br> vs. <br><br> EDITIONS LIMITED WEST, INC., etc., et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM. | CASE NO. C06-04812 PSG <br><br> [~~PROPOSED~~] ORDER CONTINUING HEARING DATE FOR LEAVE TO AMEND COMPLAINT |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the hearing date for plaintiff's Motion for Leave to Amend the Complaint is continued until March 6, 2012 at 10:00 A.M.

Dated: 1/26/2012

_____
Paul S. Grewal
UNITED STATES DISTRICT COURT

MAP-ELW-2714
ORDER CONTINUING HEARING DATE                                           Case No. C06-04812 PSG