|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| VICTORIA RYAN, | ) | Case No.: C 06-04812 PSG |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) | **JUDGMENT** |
|  | ) |  |
| EDITIONS LIMITED, INC., ET AL., | ) |  |
|  | ) |  |
| Defendants. | ) |  |
| _____ | ) |  |

Having considered the arguments of the parties and having rendered a decision,

IT IS HEREBY ORDERED that judgment be entered in favor of Plaintiff Victoria Ryan ("Ryan") and against Defendant Editions Limited, Inc. ("ELW") on Ryan's contributory copyright infringement claim.

IT IS FURTHER ORDERED that judgment be entered in favor of ELW and against Ryan on the remaining claims and that the Clerk of the Court close the file.

Dated: 9/10/2012

_____
PAUL S. GREWAL
United States Magistrate Judge