UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA RYAN,<br><br>      Plaintiff,<br><br>   v.<br><br>EDITIONS LIMITED WEST, INC., et al.,<br><br>      Defendants. | Case No. 5:06-cv-04812-PSG<br><br>**ORDER REQUESTING BRIEFING**<br><br>**(Re:  Docket No. 289)** |

Ryan applies for a writ of execution of the court's order granting-in-part attorney's fees, and Defendant Editions Limited West objects.[1]  Ryan may submit a reply brief of up to three pages on this issue by Monday, February 8, 2016, at 5 p.m.

**SO ORDERED.**

Dated: February 4, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket Nos. 289, 290.

Case No. 5:06-cv-04812-PSG
ORDER REQUESTING BRIEFING

1