UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA RYAN,<br><br>          Plaintiff,<br><br>     v.<br><br>EDITIONS LIMITED WEST, INC., et al.,<br><br>          Defendants. | Case No. 5:06-cv-04812-PSG<br><br>**ORDER GRANTING MOTION TO ENFORCE SURETY'S LIABILITY FOR FEE AWARD**<br><br>**(Re: Docket No. 296)** |

Plaintiff Victoria Ryan moves under Fed. R. Civ. P. 65.1 to enforce the $64,204 supersedeas bond posted by Defendant Editions Limited West on January 18, 2013, to obtain a stay pending appeal.[1] ELW's appeal was denied,[2] and the court has entered a new fee award against ELW of $349,083.00.[3] ELW does not oppose enforcement of the bond.[4] Ryan's motion for enforcement is GRANTED.

**SO ORDERED.**

Dated: February 24, 2016

　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket Nos. 296, 254.

[2] *See* Docket No. 268.

[3] *See* Docket No. 288 at 1.

[4] *See* Docket No. 299.