Richard A. De Liberty (Cal. Bar No. 203754)
Attorney at Law
100 E St., Ste. 202
Santa Rosa, CA 95404-4606
tel.: (707) 237-2709
fax: (707) 676-9006
e-mail: richard@deliberty.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTORIA RYAN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>EDITIONS LIMITED WEST, INC., et al.<br><br>　　　　　　　Defendants. | No. 05:06-cv-04812-PSG<br><br>Hearing: April 26, 2016, 10:00 a.m. (withdrawn)<br><br>**NOTICE OF WITHDRAWAL OF DEBTOR'S EXAM** |

　　　A debtor's examination of the judgment debtor, Editions Limited West, is scheduled for Tuesday, April 2016, at 10:00 a.m. The judgment creditor, Victoria Ryan, no longer wishes to conduct an examination at this time and asks that it be taken off calendar.

DATED: April 20, 2016

　　　　　　　　　　　　　　　　　/s/ Richard A. De Liberty
　　　　　　　　　　　　　　　　　Richard A. De Liberty
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

NOTICE OF WITHDRAWAL OF DEBTOR'S EXAM—05:06-CV-04812-PSG

## ORDER

Pursuant to the foregoing notice,

IT IS SO ORDERED.

DATED:
April 21, 2016

_____
United States Magistrate Judge